UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM FRANK JUCHARTZ,

    Plaintiff,

v.

    Case No.: 1:14-cv-971

    HONORABLE PAUL L. MALONEY

STEPHEN PHILLIPS, et al.,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 17). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that defendants' motion for summary judgment (ECF No. 11) is **GRANTED**. All of plaintiff's claims against defendants are **DISMISSED WITHOUT PREJUDICE**.

**This action is terminated**.


Dated: September 25, 2015          /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge