UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM FRANK JUCHARTZ,

    Plaintiff,

Case No. 1:14-cv-971

v.

HONORABLE PAUL L. MALONEY

STEPHEN PHILLIPS, et al.,

    Defendants,
_____/

## JUDGMENT

Pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered in favor of defendants and against the plaintiff. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).

Date: September 25, 2015

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District